UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
11-15-07
NOV 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | 07 CR 756 |
|---|---|
| v. | Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |
| JULIO CESAR SANCHEZ | |

JUDGE JOHN W DARRAH

MAGISTRATE JUDGE COX

The SPECIAL AUGUST 2006-2 GRAND JURY charges:

On or about October 23, 2007, at Cook County, in the Northern District of Illinois, Eastern Division,

JULIO CESAR SANCHEZ,

defendant herein, an alien who previously had been deported and removed from the United States on or about September 18, 2006, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY