UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE JOHN W. DARRAH | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 GJ 1068 | DATE | NOVEMBER 15, 2007 |
| CASE TITLE | US v. JULIO CESAR SANCHEZ | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

## GRAND JURY PROCEEDING

### SPECIAL AUGUST 2006-2

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge  *Nan R. Nolan*

Docket Entry:

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. DEFENDANT IS CURRENTLY IN THE ADMINISTRATIVE CUSTODY OF IMMIGRATION & CUSTOMS ENFORCEMENT.

**FILED**
NOV 1 5 2007  rg
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | | Number of notices |
| No notices required. | | | Date docketed |
| Notices mailed by judge's staff. | | | Docketing dpty. initials |
| Notified counsel by telephone. | | | Date mailed notice |
| Docketing to mail notices | | | |
| Mail AO 450 form. | | | Mailing dpty. initials |
| Copy to judge/magistrate judge. | | | |
| Courtroom Deputy initials | Date/time received in Central Clerk's office | | |