UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                          Case No.: 1:07–cr–00756
                                                            Honorable John W. Darrah

Julio Cesar Sanchez
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 26, 2007:

    MINUTE entry before Judge Susan E. Cox : Arraignment set for 11/27/2007 at 09:30 AM. Mailed notice (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.