# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John Darrah | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 756 | **DATE** | Novemeber 27, 2007 |
| **CASE TITLE** | USA vs. JULIO CESAR SANCHEZ | | |

**DOCKET ENTRY TEXT:**

Arraignment held. Defendant enters plea of not guilty. 16.1 conference to be held by 12/4/2007. Pretrial motions are to be filed by 12/11/2007. Responses are to be filed 12/18/2007. Replies are due 12/26/2007. Status hearing and ruling on the pretrial motions is set for 1/3/2008 at 9:45 am before Judge Darrah. Defendant waives detention hearing. Defendant is ordered detained pending further order of court. Enter excludable delay for the period of 11/27/07 through 1/3/08 pursuant to 18 U.S.C. §3161(h)(1). X-E

No notices required, advised in open court.

| | Courtroom Deputy Initials: | JS |
|---|---|---|