## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 756 - 1 | **DATE** | 11/29/2007 |
| **CASE TITLE** | USA vs. Julio Cesar Sanchez | | |

**DOCKET ENTRY TEXT**

Status hearing and ruling on pretrial motions set for 1/3/08 is re-set for 1/22/08 at 9:30 a.m. In the interests of justice, time is ordered excluded to 1/22/08 pursuant to 18:3161(h)(8)(A)(B). (x-t).

Docketing to mail notices.

| Courtroom Deputy Initials: | MF |
|---|---|