## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 756 - 1 | **DATE** | 3/17/2008 |
| **CASE TITLE** | USA vs. Julio Cesar Sanchez | | |

**DOCKET ENTRY TEXT**

Change of plea hearing set for 3/20/08 at 12:45 p.m. is re-set to 3/20/08 at 9:45 a.m.

Notified counsel by telephone

| | Courtroom Deputy Initials: | MF |
|---|---|---|