## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 756 - 1 | **DATE** | 3/20/2008 |
| **CASE TITLE** | USA vs. Julio Cesar Sanchez | | |

**DOCKET ENTRY TEXT**

Change of plea hearing is vacated. Jury trial set for 5/5/08 at 9:00 a.m. In the interests of justice, time is ordered excluded to 5/5/08 pursuant to 18:3161(h)(8)(A)(B). (x-t).

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|