UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 756 |
| v. | ) | |
| | ) | Judge John W. Darrah |
| JULIO CESAR SANCHEZ | ) | |

To:     Counsel of Record

PLEASE TAKE NOTICE that on TUESDAY, APRIL 29, 2008, at 9:00 a.m., I will appear before the Honorable John W. Darrah in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the **GOVERNMENT'S MOTION *IN LIMINE* CONCERNING JURY NULLIFICATION, GOVERNMENT'S MOTION *IN LIMINE* TO ADMIT EVIDENCE OF PRIOR CRIMINAL CONVICTIONS IF DEFENDANT TESTIFIES AT TRIAL, AND GOVERNMENT'S MOTION *IN LIMINE* CONCERNING THE ADMISSIBILITY OF PUBLIC RECORDS AT TRIAL**, in the above-captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:     *s/ Faris J. Hussein*
FARIS J. HUSSEIN
Assistant U.S. Attorney
219 S. Dearborn St., 5th Floor
Chicago, Illinois 60604
(312) 353-4156