UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 756 |
| v. | ) | |
| | ) | Judge John W. Darrah |
| JULIO CESAR SANCHEZ | ) | |

## GOVERNMENT'S LIST OF TRIAL PARTICIPANTS

The UNITED STATES OF AMERICA, through PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby submits its list of potential government witnesses.

**Government Table:**

Assistant United States Attorney Faris J. Hussein
Assistant United States Attorney Clifford C. Histed
Deportation Officer Brandon Bewick (case agent)

**Government's List of Witnesses:**

Brandon Bewick, Immigration and Customs Enforcement, U.S. Department
     of Homeland Security
Douglas I. Standerfer, Immigration and Customs Enforcement, U.S.
     Department of Homeland Security
Charles F. Smith, Fingerprint Examiner, Federal Bureau of Investigation

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:  *s/Faris J. Hussein*
      FARIS J. HUSSEIN
      CLIFFORD C. HISTED
      Assistant United States Attorneys
      219 South Dearborn, 5th Floor
      Chicago, IL 60604
      (312) 353-5300

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the <u>Government's List of Trial Participants</u> was served on April 29, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

<u>*s/Faris J. Hussein*</u>
FARIS J. HUSSEIN
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois
(312) 353-5300