UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 756 |
| v. | ) | |
| | ) | Judge John W. Darrah |
| JULIO CESAR SANCHEZ | ) | |

## Government's Proposed Statement of the Case

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully submits the following statement of the case:

The indictment in this case alleges that the defendant, Julio Cesar Sanchez, was found in the United States, having previously been deported and removed from the United States on or about September 18, 2006, without having obtained the express consent of the Secretary of the Department of Homeland Security for re-application for admission into the United States.  The defendant has pleaded not guilty to the charge.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/ Faris J. Hussein
CLIFFORD C. HISTED
FARIS J. HUSSEIN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4156

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the <u>Government's Proposed Statement of the Case</u> was served on April 29, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

<u>*s/ Faris J. Hussein*</u>
FARIS J. HUSSEIN
Assistant United States Attorney
219 South Dearborn Street, Fifth Floor
Chicago, Illinois
(312) 353-4156