UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 756 |
| v. | ) | |
| | ) | Judge John W. Darrah |
| JULIO CESAR SANCHEZ | ) | |

**GOVERNMENT'S PROPOSED LIST OF VOIR DIRE QUESTIONS**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that, in addition to the Court's standard questions, the following questions be propounded to the venire during the course of the Court's voir dire examination:

1.     Have you ever been arrested or charged with any criminal offense other than a traffic offense.  If yes, please indicate: (a) the nature of the offense for which you were arrested or charged; and (b) the disposition of the charge (e.g., dismissal, imprisonment, probation, or fine).

2.     Has a family member or a close friend ever been arrested or charged with any criminal offense other than a traffic offense?  If yes, please indicate: (a) the individual's relationship to you; (b) the nature of the offense for which the person was arrested or charged; and (c) the disposition of the charge (e.g., dismissal, imprisonment, probation, or fine).

3.     If you have answered "yes" to question 1 or 2, please state whether this experience left you with a negative, positive or neutral impression of judges, the judicial system, prosecutors, defense attorneys, and law enforcement officers.

4.     Are you an attorney specializing in criminal law?

5.      Do you have a family member or close friend who is an attorney specializing in criminal law?

6.      Have any of you had any experiences, or do any of you have any opinions, regarding law enforcement generally that might make it difficult for you to evaluate fairly and impartially the evidence and render a fair verdict based on the evidence?

7.      This case involves officers of the United States Department of Homeland Security, Bureau of Immigration and Customs Enforcement.  Functions of this agency used to be performed by an agency known as the Immigration and Naturalization Service, or "INS."  Have any of you had any experiences, or do any of you have any opinions, regarding these law enforcement agencies that might make it difficult for you to evaluate fairly and impartially the evidence and render a fair verdict based on the evidence?

8.      This case involves an allegation of violation of immigration laws, namely that the defendant was found in the United States having previously been deported and removed from the United States, without having obtained the express consent of the Secretary of the Department of Homeland Security for re-application for admission into the United States.

(a)      Is there anyone on this panel that thinks that this should not be a crime?

(b)      Is there anything about the nature of the charge that would make you uncomfortable or unable to sit in this case and render a fair and impartial verdict?

(c)      Do you have any personal objections to the laws of the United States that require foreign nationals seeking admission to the United States to register and request permission to enter before being granted admission?

9.     Have you ever served on a jury before?  If yes, please describe the nature of the case, and whether the jury deliberated or reached a verdict.  Also, please indicate whether you were the foreperson of the jury.

10.     Do you hold any religious, philosophical, moral, or other beliefs that would make it difficult for you to judge the conduct of another person?

11.     At various times during the case, the Court will instruct you about the applicable law.  It is your obligation to follow the Court's instructions about the law, whether you agree with the law or not. If you were to find that you disagreed with the law as given to you by this Court, would you nonetheless be able to return a guilty verdict if the government proves its case beyond a reasonable doubt?

Dated: April 29, 2008

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney


By:     *s/ Faris J. Hussein*
CLIFFORD C. HISTED
FARIS J. HUSSEIN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4156

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the

Government's List of Trial Participants was served on April 29, 2008, in accordance with

Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case

Filing (ECF) pursuant to the district court's system as to ECF filers.

> *s/ Faris J. Hussein*
> CLIFFORD C. HISTED
> FARIS J. HUSSEIN
> Assistant United States Attorney
> 219 South Dearborn Street, Fifth Floor
> Chicago, Illinois
> (312) 353-4156