UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 756 |
| v. | ) | |
| | ) | Judge John W. Darrah |
| JULIO CESAR SANCHEZ | ) | |

To:     Counsel of Record

## NOTICE OF FILING

    PLEASE TAKE NOTICE that on TUESDAY, APRIL 29, 2008, the undersigned filed with the Clerk of this Court the GOVERNMENT'S LIST OF TRIAL PARTICIPANTS, GOVERNMENT'S PROPOSED JURY INSTRUCTIONS, GOVERNMENT'S PROPOSED STATEMENT OF THE CASE, AND GOVERNMENT'S PROPOSED LIST OF VOIR DIRE QUESTIONS, in the above-captioned case.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By:     */s/ Faris J. Hussein*
    FARIS J. HUSSEIN
    CLIFFORD C. HISTED
    Assistant U.S. Attorney
    219 S. Dearborn St., 5th Floor
    Chicago, Illinois 60604
    (312) 353-4156