## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 756 - 1 | **DATE** | 4/29/2008 |
| **CASE TITLE** | USA vs. Julio Cesar Sanchez | | |

**DOCKET ENTRY TEXT**

Government's motion in limine as to Julio Cesar Sanchez concerning the admissibility of certain public records [15] is granted. Government's motion in limine to admit evidence of prior criminal convictions if the defendant testifies at trial [16] is denied without prejudice as stated on the record. Government's motion in limine concerning jury nullification [17] is granted. Jury trial set for 5/5/08 is re-set to 5/6/08 at 9:00 a.m. In the interests of justice, time is ordered excluded to 5/6/08 pursuant to 18:3161(h)(8)(A)(B). (x-t)

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|