UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )| |
| ) | No. 07 CR 756 |
| v.      ) | |
| ) | Judge John W. Darrah |
| JULIO CESAR SANCHEZ ) | |

NOTICE OF FILING

TO:   Faris J. Hussein
      Assistant United States Attorney
      219 S. Dearborn St., 5th Floor
      Chicago, IL 60604

   Please take notice that on this 5th day of May, 2008, the undersigned filed the following document(s) in the above-captioned cause, a copy of which is attached hereto.


-   **DEFENDANT'S LIST OF TRIAL PARTICIPANTS**


                                    FEDERAL DEFENDER PROGRAM
                                    Terence F. MacCarthy
                                    Executive Director

                                    By:   s/Paul Flynn
                                          Paul Flynn


PAUL FLYNN
FEDERAL DEFENDER PROGRAM
55 East Monroe Street, Suite #2800
Chicago, IL  60603
(312) 621-8343

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 756 |
| v. | ) | |
| | ) | Judge John W. Darrah |
| JULIO CESAR SANCHEZ | ) | |

## DEFENDANT'S LIST OF TRIAL PARTICIPANTS

The UNITED STATES OF AMERICA, through PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby submits its list of potential government witnesses.

**Defense Table:**

Assistant Public Defender Paul Flynn
Assistant Public Defender Rose Lindsay

**Defendantt's List of Witnesses:**

Douglas Standerfer, Immigration and Customs Enforcement, U.S. Department of Homeland
    Security
Charles Smith, Federal Bureau of Investigation
Julio Cesar Sanchez.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy,
Executive Director

By:   s/Paul Flynn
      Paul Flynn
      Attorney for Defendant

FEDERAL DEFENDER PROGRAM
55 E. Monroe St.
Suite 2800
Chicago, Illinois  60603
(312)621-8336

## CERTIFICATE OF SERVICE

    The undersigned, <u>Robert D. Seeder</u>, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CIV.P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**DEFENDANT'S LIST OF TRIAL PARTICIPANTS**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on May 5, 2008, to counsel/parties that are non-ECF filers:

                By:    <u>s/ Paul Flynn</u>
                        Paul Flynn
                        FEDERAL DEFENDER PROGRAM
                        55 E. Monroe St., Suite 2800
                        Chicago, Illinois 60603
                        (312) 621-8300