Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 756 - 1 | **DATE** | 5/7/2008 |
| **CASE TITLE** | USA vs. Julio Cesar Sanchez | | |

**DOCKET ENTRY TEXT**

Trial ends-jury. Jury returns its verdict of guilty as to count one of the indictment. Judgment of guilty entered on the verdict. Post trial motions to be filed by 6/9/08. Cause is referred to the probation office for the preparation of a presentence investigation report. Sentencing set for 9/4/08 at 10:00 a.m.

Docketing to mail notices.

06:00

| | | Courtroom Deputy Initials: | MF |
|---|---|---|---|