# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 756 - 1 | **DATE** | 5/21/2008 |
| **CASE TITLE** | USA vs. Julio Cesar Sanchez | | |

**DOCKET ENTRY TEXT**

Status hearing held. The Court advised the parties of possible juror tampering. The parties will inform the Court if an issue needs to be addressed or a problem arises.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|