UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 07 0CR 756 |
| v.    ) | |
| ) | Judge John W. Darrah |
| JULIO CESAR SANCHEZ   ) | |

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR THE UNITED STATES**

Please take notice that former Assistant United States Attorney Faris Hussein is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of that previously designated attorney.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/Clifford C. Histed
     Clifford C. Histed
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 886-7627

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the *WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR THE UNITED STATES* was served on May 22, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                                s/ Clifford C. Histed
                                                CLIFFORD C. HISTED
                                                Assistant United States Attorney
                                                219 South Dearborn Street, Fifth Floor
                                                Chicago, Illinois
                                                (312) 886-7627